IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERELLE THOMAS,** | : | |
| **ADMINISTRATOR OF THE ESTATE** | : | No. 1:20-cv-01178 |
| **OF TERELLE THOMAS and** | : | |
| **T.T., a minor, individually, as child of** | : | (Judge Kane) |
| decedent Terelle Thomas and as his | : | |
| sole survivor, | : | |
|    Plaintiffs | : | |
| | : | |
|       v. | : | |
| | : | |
| **HARRISBURG CITY POLICE** | : | |
| **DEPARTMENT, et al.,** | : | |
|    Defendants | : | |

# ORDER

**AND NOW**, on this 15th day of October 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The motions to dismiss filed by Individual Defendants Foose, Carriere, Johnsen, Salazar, Banning, and Kinsinger (the "Individual Defendants") (Doc. Nos. 54, 56, 57) and the motion to dismiss and supplemental motion to dismiss filed by Defendant PrimeCare (Doc. Nos. 87, 90) are **DENIED**;

2. The motion for judgment on the pleadings filed by Defendant Dauphin County ("Defendant County") (Doc. No. 73) is **DENIED**;

3. Claims as to Defendant City of Harrisburg ("Defendant City") are **DISMISSED WITHOUT PREJUDICE** and the Clerk of Court is directed to terminate Defendant City as a defendant in this action;

4. Plaintiffs' claim for punitive damages against Defendant County is **DISMISSED**;

5. The motion to dismiss filed by Defendant City (Doc. No. 55), the motions to strike filed by Defendant PrimeCare and the Individual Defendants (Doc. Nos. 98, 101), and Plaintiffs' motion for leave to file a brief in opposition to Defendant PrimeCare's motion to strike (Doc. No. 104) are **DENIED as moot**; and

6. Defendants who have not yet responded to the amended complaint are directed to file an answer within fourteen (14) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
