# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERELLE THOMAS,** | : | |
| *Administrator of the Estate of* | : | |
| *Terelle Thomas*, <u>et</u> <u>al.</u>, | : | |
| | : | |
| Plaintiffs | : | No.  1:20-cv-01178 |
| v. | : | |
| | : | (Judge Kane) |
| **OFFICER DARIL FOOSE,** <u>et</u> <u>al.</u>, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 22nd day of February 2024, **IT IS ORDERED THAT** a post-mediation/case management telephone conference will be held on **April 9, 2024, at 10:30 a.m.** to discuss the status of this case.  Plaintiff's counsel shall initiate this conference call.  If settlement is reached through mediation, counsel shall notify the Court by telephone at (717) 221-3990**.**

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania