# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERELLE THOMAS,** *Administrator of the Estate of* *Terelle Thomas*, <u>et</u> <u>al.</u>, | : : : : | |
| Plaintiffs | : | No.  1:20-cv-01178 |
| v. | : : | (Judge Kane) |
| **OFFICER DARIL FOOSE**, <u>et al.</u>, | : : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 21st day of March 2024, upon notice from Mediator that more time is needed for settlement talks, **IT IS ORDERED THAT** the post-mediation telephone conference is **RESCHEDULED** for <u>**June 4, 2024, at 10:30 a.m.**</u> to discuss the status of this case.  Plaintiff's counsel shall initiate this conference call.   If settlement is reached through mediation, counsel shall notify the Court by telephone at (717) 221-3990**.**

 s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania