IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERELLE THOMAS,** | : | |
| Administrator of the Estate | : | No. 1:20-cv-01178 |
| of Terelle Thomas and T.T., a minor, | : | |
| individually, as child of decedent | : | **(Judge Kane)** |
| Terelle Thomas and as his sole survivor, | : | |
|     Plaintiffs | : | |
| | : | |
|     v. | : | |
| | : | |
| **OFFICER DARIL FOOSE, et al.,** | : | |
|     Defendants | : | |

## ORDER

**AND SO**, on this 6th day of August 2025, in accordance with the accompanying

Memorandum, **IT IS ORDERED THAT**:

1. Plaintiffs' motion for leave to file a second amended complaint (Doc. No. 158) is **GRANTED IN PART** and **DENIED IN PART**, as follows: Plaintiffs' motion is **DENIED** insofar as it seeks to add LauraJo Funck, Captain Andrew Klahr, Lieutenant Raelynn Parson, and Corrections Officers Ashley Shay, Nicholas Ceresini, and Matthew Brandt as Defendants and Corporal Scott Johnsen to the Section 1983 failure to supervise claim formerly asserted against the City of Harrisburg, and **GRANTED** insofar as it seeks to add Angela Barnett and Corrections Officer Nathan McKillop as defendants;

2. Plaintiffs **SHALL FILE** a second amended complaint in accordance with the accompanying Memorandum within **ten (10) days** of the date of this Order;

3. Plaintiffs **SHALL** effect service of the second amended complaint on Angela Barnett and Corrections Officer Nathan McKillop in accordance with Federal Rule of Civil Procedure 4;

4. Defendants **SHALL RESPOND** to the second amended complaint in accordance with Federal Rule of Civil Procedure 12; and

2

5. A telephone conference to discuss global discovery deadlines will be held on **August 12, 2025 at 11:00 a.m.** and Plaintiffs shall initiate this conference call. The telephone number of the Court is 717-221-3990.

                                       s/ Yvette Kane
                                       Yvette Kane, District Judge
                                       United States District Court
                                       Middle District of Pennsylvania

Case 1:20-cv-01178-YK   Document 197   Filed 08/06/25   Page 2 of 2

2