**EXHIBIT A**

# City of Harrisburg, Bureau of Police

123
Walnut St
Harrisburg PA, 17101
717-255-3131

Case Number: 19-1214-033-002

ORI #: PA0220200

Location of Occurrence: At intersection of S 15TH ST / SWATARA ST (DJ: 12-2-05; Zone: 513)

Day / Date / Time ( Reported ): Saturday, December 14, 2019 18:22

Day / Date ( of Occurrence ): Saturday, December 14, 2019 18:22 To: Saturday, December 14, 2019 19:09

Reporting Officer: FOOSE, DARIL

Case Status: OPEN

Follow up ?:
☐ Yes
☐ No

Copies To:
☐ Folder
☐ Detective
☐ Juv. Prob.
☐ D. A.
☐ Other: ____________

Highest Ranked Crime: 780-113-A30 CSDDCA-MAN/DEL/POSS W INT TO DEL SUB, BEING UNREG

## Victim

1 Organization Name
COMMONWEALTH OF PA
Victim of :
1: 780-113-A30 CSDDCA-MAN/DEL/POSS W INT TO DEL SUB, BEING UNREG
2: 780-113-A31II CSDDCA-POSS SM AMT MARIJUANA FOR DIST/NOT SALE
3: 780-113-A32 CSDDCA-USE/POSS W INT USE DRUG PARAPHERNALIA
4: 4910-1 TAMPER WITH OR FABRICATE PHYS EVID-ALTER/DESTROY

## Driver

1 Name - ( Last, First, Middle )
HENDERSON, THERESEA N

## Mentioned

1 Name - ( Last, First, Middle )
THOMAS, TONYKA

2 Name - ( Last, First, Middle )
THOMAS, MARY

## Passenger

1 Name - ( Last, First, Middle )
WILKERSON, JAY



# City of Harrisburg, Bureau of Police

123
Walnut St
Harrisburg PA, 17101
717-255-3131

Case Number: 19-1214-033-002 ORI #: PA0220200

## Arrestee

**1**

| Name - ( Last, First, Middle ) | Occupation: | Social Security # | Citizenship |
|---|---|---|---|
| THOMAS, TERELLE L | | 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 | |
| Address 323 S 18TH ST HARRISBURG, PA 17104 | Phone(s) | | Drivers License Info. ( State / # / Class) PA / 28792614 |

Hair: BROWN Race: BLACK OR AFRICAN AMERICAN Height: 6-02

Age: 31 D. O. B.: 1/12/1988 Eyes: BROWN Sex: F Weight: 230

Arrested For:
1: 780-113-A30 CSDDCA-MAN/DEL/POSS W INT TO DEL SUB, BEING UNREG
2: 780-113-A31II CSDDCA-POSS SM AMT MARIJUANA FOR DIST/NOT SALE
3: 780-113-A32 CSDDCA-USE/POSS W INT USE DRUG PARAPHERNALIA
4: 4910-1 TAMPER WITH OR FABRICATE PHYS EVID-ALTER/DESTROY

Date Arrested 12/14/2019
Arrested By: 1: DARIL FOOSE [033]



City of Harrisburg, Bureau of Police
123
Walnut St
Harrisburg PA, 17101
717-255-3131



Case Number: 19-1214-033-002 ORI #: PA0220200

## Property

Role: EVIDENCE
Category: CREDIT CARDS AND CHECKS
Type:

| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
|---|---|---|---|---|---|---|
| 1961420170110103 | Item 4. Description: $360.00 US CURRENCY (1) $50.00 (14) $20.00 (3) $10.00 | | | | 1 | $0.00 |

Tag # dlf33 Location 1521-MAIN EV-DMV Seized By FOOSE, DARIL

Role: EVIDENCE
Category: DRUG CLASS
Type:

| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
|---|---|---|---|---|---|---|
| 1961420170110102 | Item 1. Description: LOOSE CRACK COCAINE | | | | 0 | $0.00 |

Tag # dlf33 Location 1021-MAIN EV-DMV Seized By FOOSE, DARIL

| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
|---|---|---|---|---|---|---|
| 1961420170110103 | Item 5. Description: MARIJUANA INSIDE CLEAR PLASTIC BAGGIE | | | | 0 | $0.00 |

Tag # dlf33 Location 1021-MAIN EV-DMV Seized By FOOSE, DARIL

Role: EVIDENCE
Category: DRUG PARAPHERNALIA
Type:

| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
|---|---|---|---|---|---|---|
| 1961420170110103 | Item 2. Description: CLEAR PLASTIC BAGGIE | | | | 1 | $0.00 |

Tag # dlf33 Location 211-MAIN EV Seized By FOOSE, DARIL

Role: EVIDENCE
Category: DRUG PARAPHERNALIA
Type: MISCELLENOUS

| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
|---|---|---|---|---|---|---|
| 1961420170110103 | Item 3. Description: DIGITIAL SCALE WITH COCAINE RESIDUE | | | | 1 | $0.00 |

Tag # dlf33 Location 211-MAIN EV Seized By FOOSE, DARIL



# City of Harrisburg, Bureau of Police

123
Walnut St
Harrisburg PA, 17101
717-255-3131



Case Number: 19-1214-033-002 ORI #: PA0220200

Role: EVIDENCE
Category: ELECTRONICS
Type:

| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
|---|---|---|---|---|---|---|
| 1961420170110103 | Item 6. Description: SAMSUNG CELL PHONE | | | | 1 | $0.00 |

Tag # dlf33 Location 211-MAIN EV Seized By FOOSE, DARIL

Role: EVIDENCE
Category: MISC
Type:

| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
|---|---|---|---|---|---|---|
| 1919000101420 | Item 11. Description: WATCHGUARD VIDEO UNIT 206 12/14/19 | | | | 1 | $0.00 |

Tag # whk164 Location FORENSICS Seized By

Role: RECOVERED
Category: CLOTHING, FURS
Type: JACKET

| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
|---|---|---|---|---|---|---|
| 1919002102044 | Item 8. Description: BLACK JACKET | | | | 1 | $0.00 |

Tag # DMC60 Location 4001-MAIN EV-RM 17 Seized By CRISTILLO, DOMINIC

Role: RECOVERED
Category: CLOTHING, FURS
Type: SHIRT

| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
|---|---|---|---|---|---|---|
| 1919002102045 | Item 9. Description: SWEATSHIRT | Mfg.: NIKE | | BLACK | 1 | $0.00 |

Tag # DMC60 Location Seized By CRISTILLO, DOMINIC

Role: RECOVERED
Category: CLOTHING, FURS
Type: SHOES

| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
|---|---|---|---|---|---|---|
| 1919002102043 | Item 7. Description: BOOTS | Mfg.: TIMERLAND | | TAN | 1 | $0.00 |

Tag # DMC60 Location 4001-MAIN EV-RM 17 Seized By CRISTILLO, DOMINIC



# City of Harrisburg, Bureau of Police

123
Walnut St
Harrisburg PA, 17101
717-255-3131

Case Number: 19-1214-033-002 ORI #: PA0220200

Role: RECOVERED
Category: CLOTHING, FURS
Type: SOCKS

| #'s | Article | Brand / Model | Serial #/NIC # | Color | Quantity | Value |
|---|---|---|---|---|---|---|
| 1919002102046 | Item 10. Description: PAIR OF SOCKS | | | BLACK | 1 | $0.00 |

Tag # DMC60 Location 4001-MAIN EV-RM 17 Seized By CRISTILLO, DOMINIC

City of Harrisburg, Bureau of Police
123
Walnut St
Harrisburg PA, 17101
717-255-3131

Case Number: 19-1214-033-002 ORI #: PA0220200

Narrative(s)

Assigned: 12/14/2019 19:20:42 to officer: FOOSE, DARIL
Approved: by: ,

## **INITIAL CRIME REPORT** 12/14/19@1822HRS DFOOSE

C19-1214-033-002

On 12/14/19, I was in full SCU uniform of the day operating an unmarked Harrisburg City Police Vehicle. My partner for this date was APO Kinsinger.

At approximately 1815HRS, I observed a Jeep parked at the intersection of S 15th ST/ Swatara Street. A male exited the passenger seat and walked west bound on Swatara Street. As I circled the area to see if this male was meeting with someone, I was traveling north bound on Daisy Street and observed the male, who was later identified as Jay Wilkerson, walking back towards the Jeep after leaving the area to the rear of Queenies Bar. Immediately after seeing this male, I observed another male, later identified as Terelle Thomas, walking quickly from the rear of Queenies Bar as well. When Wilkerson was leaving, it appeared as if he was laughing and having a conversation with Thomas. I was able to position my vehicle to travel south bound on S 15th St, towards Swatara Street. In doing so, I observed the Jeep fail to come to a complete stop at the stop sign at S 15th ST/ Swatara Street. A traffic stop was conducted in the area of S 17th ST/ Holly Street.

Upon approach, the driver was identified as Theresea Henderson. The passenger was identified as Jay Wilkerson. As I went to identified Terelle Thomas, he spoke to me like he had "cotton mouth". When I asked him his name, he talked as if he had a large amount of an unknown item inside of his mouth. As I looked at him, I could see strands, almost gum and paste like, forming in his mouth as he is talking to me. From my knowledge, training, and experience, this behavior is common for individuals who have ingested an item to conceal it from police. I notified my partner, APO Kinsinger, that I believed Thomas was concealing something in his mouth and to detain him. APO Kinsinger was able to detain Thomas and yelled for him to spit out the items inside of his mouth. Where Thomas did spit was a white liquid that resembled crack cocaine attempted to be swallowed. As other units arrived on scene, both Wilkerson and Henderson were detained.

After Henderson and Wilkerson were detained, I was able to go and speak to Thomas. Thomas's mouth indicted to me that he had ingested a large amount of cocaine. His lips were completely pasted white. His tongue and spit were white and forming a large amount of paste inside of his mouth. Thomas's face appeared to be covered in a white powdery substance. I did verbally mirandize Thomas, to which he stated he understood his rights. Thomas stated the only drug's he had on him was a small amount of marijuana. He stated that he just ate a candy cigarette and that is why his lips were so white. As APO Kinsinger was searching Thomas, he unzipped his black hoodie in my presence. In doing so, small crack cocaine rocks did fall out of Thomas's shirt.

I did verbally mirandize Wilkerson. He advised he understood his rights. Wilkerson stated that he did not have anything illegal on his person and advised that there was nothing illegal inside the vehicle. Wilkerson did give verbal consent to search his person, to which nothing was found.

I did verbally mirandize Henderson, to which she stated she understood her rights. Henderson stated she did not know of any drugs inside the vehicle. She did give verbal consent to search the vehicle, which is registered to her. Henderson also provided verbal consent to search her person, which no illegal items were found.

A search of the vehicle was conducted. Where Thomas was sitting, multiple crack cocaine rocks were located on the seat and on the floor. These rocks were collected for evidence.



City of Harrisburg, Bureau of Police
123
Walnut St
Harrisburg PA, 17101
717-255-3131



Case Number: 19-1214-033-002 ORI #: PA0220200

Furthermore on Thomas, the following items were located:

- In his hand when APO Kinsinger was detaining him, $130.00 in US currency (5) $20.00; (3) $10.00.
- In his pocket $230.00 in US currency (1) $50.00; (9) $20.00
- One Samsung cell phone
- One digital scale with cocaine residue, functioning.
- One clear plastic baggie
- One clear plastic baggie with marijuana inside of it

It should be noted that during the search of the vehicle and all occupants of the vehicle, there was no paraphernalia that suggested crack cocaine use (IE crack pipes, push rods, chor boy). Furthermore, there were no candy cigarettes inside the vehicle or on any occupants.

Thomas was transported to the Central Booking Center by Officer Carriere. Prior to transport, Cpl Johnsen advised that Thomas advised him that he did not eat any illegal items.

At base, all evidence was logged into secondary evidence. The drugs will be sent to PSP lab for further analysis and official weight. The cell phone will be kept in evidence for a search warrant to be conducted. The money found on Thomas will be sent for ION scan.

Thomas will be charged with the following offense:
PWI-crack
Possession of Small Amount of Marijuana
Possession of Drug Paraphernalia
Tampering with Evidence

After Thomas was transported to the Central Booking Center, I was advised that he had a seizure and needed to go to the Harrisburg Hospital. I was advised that Lifeteam personal that they had sucked 40ml of cocaine out of Thomas while enroute to the hospital that he had ingested.

City of Harrisburg, Bureau of Police
123
Walnut St
Harrisburg PA, 17101
717-255-3131

Case Number: 19-1214-033-002 ORI #: PA0220200

Assigned: 12/14/2019 20:48:06 to officer: JOHNSEN, SCOTT
Approved: by: ,

SUPPLEMENTAL REPORT

On 12/14/19 at about 1822 hours I responded to the area of S 17th and Holly streets to assist on a traffic stop conducted by Officer Foose. Upon arrival I found that Probation Officer Dan Kinsinger had the rear seat passenger detained who was Terelle Thomas. Officer Foose was in the process of detaining the driver, Theresa Henderson. Officer Foose requested that the front seat passenger, Jay Wilkerson also be detained.

PO Kinsinger advised that he thought Thomas had ingested crack cocaine due to a white powdery substance around Thomas's mouth. There was also crack remnants in the back seat of the vehicle. I asked Thomas multiple times if he ingested anything and he insisted that he did not and that the white on his mouth was from a candy cigarette. I advised him that if he did ingest something we needed to know so that we could inform medical staff because he could possibly die. Thomas again insisted that he did not ingest anything.

I also spoke with Wilkerson and Henderson. Both individuals stated that they did not see Thomas ingest anything and did not know that he had crack.

I remained on scene until Thomas was transported by Officer Carriere. At that time Henderson and Wilkerson were free to leave.

On 12/15/19 at about 1420 hours Tonyka Lugaro came into the lobby stating that she was Thomas's sister. She was requesting Thomas's property. I told her that any property we did have would be unavailable until during the week. She understood. She also asked what happened because she did not know. I advised her on the basics of the incident. She also provided me with her mothers information, Mary Thomas in case anyone needed to be contacted again. I was then able to look up the case and also spoke to Officer Foose. All of the property that was in Thomas' possession is evidence in this case. I called Tonyka back and advised her of this information.

City of Harrisburg, Bureau of Police
123
Walnut St
Harrisburg PA, 17101
717-255-3131

Case Number: 19-1214-033-002 ORI #: PA0220200

Assigned: 12/14/2019 21:55:47 to officer: SALAZAR, ADRIENNE
Approved: by: ,

****Supplemental Report**** **12/14/2019 at 2222 hours**
**19-1214-033-002**

On 12/14/2019 I was on duty in full uniform assigned to the Harrisburg Police Housing Unit and operating marked police vehicle 297. At approximately 1822 hours, I responded S. 17th St. and Holly St. to assist PO Foose with a traffic stop. Upon arrival I assisted APO Kinsinger with securing Terelle Thomas as he conducted a search of his person.

I was advised by PO Foose that she believed Mr. Thomas ingested crack cocaine and he verbally denied it several times when asked in my presence. A small bag of suspected marijuana buds and a digital scale with white powder residue on it were located in Mr. Thomas' pockets. I remained with Mr. Thomas as officers conducted a search of the vehicle. I observed a white powder substance covering Mr. Thomas' lips and he continued to deny having ingested crack cocaine. I informed him that it was important for us to know what he ingested for his safety in the event that it would have any ill affect on his health. He refused to tell me what he ingested.

During my interaction with Mr. Thomas he appeared conscious and was able to speak with me in a coherent manner. I asked him on two separate occasions if he was feeling okay and he stated that he was okay. I closely observed him while on scene and his condition did not appear to worsen. It was determined that PO Carriere would transport Mr. Thomas to the Dauphin County Booking Center and I brought him to the caged compartment of marked police vehicle 206. This concluded my interaction with Mr. Thomas and I cleared from the scene. There is nothing further at this time.

End 123 .

City of Harrisburg, Bureau of Police
123
Walnut St
Harrisburg PA, 17101
717-255-3131



Case Number: 19-1214-033-002 ORI #: PA0220200

Assigned: 12/14/2019 21:55:54 to officer: BANNING, TRAVIS
Approved: 12/18/2019 15:00:06 by: JOHNSEN, SCOTT

# *Supplemental Report* 12/14/19 1822 hrs

19-1214-033-002

On Saturday 12/14/19, I was working in full Police uniform operating marked unit 207 assigned to District 7 of Harrisburg City. At around 1822 hrs I responded to the area of N 17th and Holly Sts to assist Officer Foose with a traffic stop. Upon arrival Officer Foose had 3 individuals detained for a drug investigation after the stop. Officer Foose was questioning a TerelleThomas who was a passenger within the vehicle. I observed that Thomas had a large amount of white residue around and on his lips. Officer Foose advised me that she believed that Thomas had eaten crack cocaine. She advised me that Thomas had told her that the white residue on his lips was from him eating candy cigarettes. I asked Thomas what the substance on his lips was again, and he stated "candy cigarettes, the kind that come in a box". I assisted Officer Foose with completing the search of the vehicle. Crack cocaine was in plain view on the rear passenger seat. There was no box of candy cigarettes to my knowledge that were located inside of the vehicle or on Thomas' person. While I was on scene, Thomas never stated that he ate crack cocaine, and he did not act as if he was under the influence of anything, or seemed to becoming ill. I cleared the scene and this ended my involvement with this incident.

175 tjb

City of Harrisburg, Bureau of Police
123
Walnut St
Harrisburg PA, 17101
717-255-3131

Case Number: 19-1214-033-002 ORI #: PA0220200

Assigned: 12/14/2019 21:55:57 to officer: CARRIERE, BRIAN
Approved: 12/16/2019 18:39:38 by: GALKOWSKI, JAMES THOMAS

***Transport Report*** 12/14/19 18:47
19-1214-033-002

On Saturday 12/14/19 at 1847 hrs, I transported Terelle Thomas from the area of S 17th St and Holly St to the Dauphin County Booking Center. I was in full Police uniform. I was working on Patrol as the district 6 Officer. I was operating unit 206.

Prior to the prisoner transport, Officer Foose advised me that the prisoner, Terelle Thomas, may have ingested crack-cocaine, but he had been denying do so. I took possession of Thomas. I asked him if he ingested crack-cocaine and he told me that he did not. I placed him in the rear prisoner compartment of unit of 206. He told me that he was hot and asked me to lower the window for him. I did so. I ensured that the camera was activated. He was handcuffed behind his back. I did not secure him with a seat belt because the seat belt receptacle is not functional. I started the transport at 1847 hrs. The starting mileage was 14625.9. I arrived at the booking center at 1853 hrs. The ending mileage was 14627.9. I continued to check on Thomas throughout the transport. He told me that he was okay. I asked him if he had medical conditions. Thomas advised me that he suffers from a seizure disorder.

Once at the booking center, I advised the booking staff of Thomas' conditions. I advised that may have swallowed crack-cocaine. He was seen by medical staff at the booking center and was cleared to stay. The booking staff asked him several times if he ingested crack-cocaine. Again, he denied doing so.

Later in the evening, I was advised that Thomas had a medical emergency at the booking center and was transported to Harrisburg Hospital. I sent an email to Sergeant Abromitis and requested for the transport video to be saved.

This ended my involvement in this case.

End Carriere 163

City of Harrisburg, Bureau of Police
123
Walnut St
Harrisburg PA, 17101
717-255-3131

Case Number: 19-1214-033-002 ORI #: PA0220200

Assigned: 12/14/2019 23:54:59 to officer: MCNAUGHTON, MARC
Approved: by: ,

## 12/14/19 2330 Supplemental Report McNaughton #411

On this date, at the request of Sgt Meik I responded to 323 s 18th St to attempt to make contact with Linda Thomas, the sister of Terrel Thomas. (Note: Sgt Meik requested 1st Platoon assist due to street crimes ending their shift and he had to start the downtown detail)

.

I arrived at 323 S 18th St along with PO Restrepo and knocked on the door as well as the porch window numerous times with no response. No lights were on in the residence at the time, nor was any movement seen or heard. PO Restrepo was observing the second floor area of the residence while attempted contact and also saw no lights nor movement during our attempted contact.

.

Upon clearing I updated Sgt Meik to the negative contact at the residence. This ends my involvement with this incident.

.

MM/411



City of Harrisburg, Bureau of Police
123
Walnut St
Harrisburg PA, 17101
717-255-3131



Case Number: 19-1214-033-002 ORI #: PA0220200

Assigned: 12/15/2019 04:56:21 to officer: CRISTILLO, DOMINIC M
Approved: 12/18/2019 02:03:26 by: MCNAUGHTON, MARC

**SUPPLEMENTAL REPORT UNIT 206 DISTRICT 6**
**12/15/2019 SUNDAY @0430 HOURS**
**19-1214-033-002**

On 12/15/2019, I was in full police uniform operating police SUV 206. I was assigned to district 6 in the City of Harrisburg. I was tasked by CPL McNaughton to retrieve prisoner property from the booking center for a Terelle Thomas.

I arrived to the booking center at around 0430 hours and made contact with the on staff supervisor who gave me Thomas' property. I returned to base with the prisoner property, which included the following items: A black jacket, a black Nike sweatshirt, a pair of black socks, and Timberland boots. All of these items were packaged, placed and logged into the secondary evidence room, stored in locker 23. The property log was updated appropriately.

This concludes my involvement in this case.

END DMC 60



# City of Harrisburg, Bureau of Police

123
Walnut St
Harrisburg PA, 17101
717-255-3131



Case Number: 19-1214-033-002 ORI #: PA0220200

To protect confidential personal information of any witness or victim in this report, this printed document including, but not limited to, an address, telephone number, driver's license or Identification Card number, social security number, date of birth, etc..., is to be destroyed when valueless.

## Victim

**1**

Organization Name: COMMONWEALTH OF PA

Address: 123 WALNUT ST, HARRISBURG, PA 17101

Phone: BUSINESS: 1-(717) 558-6900

## Driver

**2**

| Name - ( Last, First, Middle ) | Occupation | Social Security # | Citizenship |
|---|---|---|---|
| HENDERSON, THERESEA N | | | |

| Address | Phone | Drivers License Info. ( State / # / Class ) |
|---|---|---|
| 2330 MAGNOLIA TERRACE<br>HARRISBURG, PA 17110 | | |

| Age | D. O. B. | Hair | Eyes | Race | Sex | Height | Weight |
|---|---|---|---|---|---|---|---|
| 34 | 10/15/1985 | BROWN | BROWN | BLACK OR AFRICAN AMERICAN | F | 5-07 | 200 |

## Mentioned

**3**

| Name - ( Last, First, Middle ) | Occupation | Social Security # | Citizenship |
|---|---|---|---|
| THOMAS, TONYKA | | | |

| Address | Phone | Drivers License Info. ( State / # / Class ) |
|---|---|---|
| 207 ORANGE ST<br>SELINSGROVE, PA 17870 | HOME: 1-(717) 343-2085 | |

| Age | D. O. B. | Hair | Eyes | Race | Sex | Height | Weight |
|---|---|---|---|---|---|---|---|
| UNK | | | | | | | |

**4**

| Name - ( Last, First, Middle ) | Occupation | Social Security # | Citizenship |
|---|---|---|---|
| THOMAS, MARY | | | |

| Address | Phone | Drivers License Info. ( State / # / Class ) |
|---|---|---|
| 1201 N FRONT ST<br>APT 401 | | |

| Age | D. O. B. | Hair | Eyes | Race | Sex | Height | Weight |
|---|---|---|---|---|---|---|---|
| UNK | | | | | | | |

## Passenger

**5**

| Name - ( Last, First, Middle ) | Occupation | Social Security # | Citizenship |
|---|---|---|---|
| WILKERSON, JAY | | 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 | |

| Address | Phone | Drivers License Info. ( State / # / Class ) |
|---|---|---|
| 5032 WYNNEWOOD RD<br>HARRISBURG, PA 17109 | | PA / 28363389 |

| Age | D. O. B. | Hair | Eyes | Race | Sex | Height | Weight |
|---|---|---|---|---|---|---|---|
| 33 | 8/25/1986 | BLACK | BROWN | BLACK OR AFRICAN AMERICAN | M | 5-09 | 200 |

**EXHIBIT B**

12/14/2019 19:41 (FAX) P.001/008

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: DAUPHIN

Magisterial District Number: 12-2-05
MDJ: Hon. PAUL J ZOZOS
Address: 1300 ROLLESTON ST
DJ P ZOZOS
HARRISBURG PA 17104

Telephone: 717-234-0949

# POLICE CRIMINAL COMPLAINT

## COMMONWEALTH OF PENNSYLVANIA VS.

DEFENDANT: (NAME and ADDRESS):

| First Name | Middle Name | Last Name | Gen. |
|---|---|---|---|
| TERELLE | L | THOMAS | |

323 S 18TH ST

HARRISBURG PA 17104
Telephone:

**NCIC Extradition Code Type**

- ☑ 1-Felony Full
- ☐ 2-Felony Ltd
- ☐ 3-Felony Surrounding States
- ☐ 4-Felony No Ext.
- ☐ 5-Felony Pend.
- ☐ 6-Felony Pend. Extradition Determ.
- ☐ A-Misdemeanor Full
- ☐ B-Misdemeanor Limited
- ☐ C-Misdemeanor Surrounding States
- ☐ D-Misdemeanor No Extradition
- ☐ E-Misdemeanor Pending
- ☐ F-Misdemeanor Pen. Extra. Determ.
- ☐ Distance: ______

**DEFENDANT IDENTIFICATION INFORMATION**

| Docket Number | Date Filed | OTN/LiveScan Number | Complaint/Incident Number | Request Lab Services? |
|---|---|---|---|---|
| | 12/14/2019 | | 19-1214-033-002 | YES ☐ NO ☑ |

GENDER: ☐ Male ☑ Female | DOB 1/12/1988 | POB | Add'l DOB | Co-Defendant(s) ☐

AKA: First Name | Middle Name | Last Name | Gen.

RACE: ☐ White ☐ Asian ☑ Black ☐ Native American ☐ Unknown

ETHNICITY: ☐ Hispanic ☑ Non-Hispanic ☐ Unknown

HAIR COLOR: ☐ GRY (Gray) ☐ RED (Red/Aubn.) ☐ SDY (Sandy) ☐ BLU (Blue) ☐ PLE (Purple) ☑ BRO (Brown) ☐ BLK (Black) ☐ ONG (Orange) ☐ WHI (White) ☐ XXX (Unk./Bald) ☐ GRN (Green) ☐ PNK (Pink) ☐ BLN (Blonde / Strawberry)

EYE COLOR: ☐ BLK (Black) ☐ BLU (Blue) ☑ BRO (Brown) ☐ GRN (Green) ☐ GRY (Gray) ☐ HAZ (Hazel) ☐ MAR (Maroon) ☐ PNK (Pink) ☐ MUL (Multicolored) ☐ XXX (Unknown)

DNA: ☐ YES ☑ NO | DNA Location | WEIGHT (lbs.) 230

FBI Number | MNU Number

Defendant Fingerprinted: ☑ YES ☐ NO | Ft. HEIGHT In. 6 2

Fingerprint Classification:

**DEFENDANT VEHICLE INFORMATION**

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) | Comm'l Veh. Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code | Reg. same as Def. ☐ |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| VIN | Year | Make | Model | Style | Color |
|---|---|---|---|---|---|
| | | | | | |

Office of the attorney for the Commonwealth ☐ Approved ☐ Disapproved because: ______

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

(Name of the attorney for the Commonwealth) (Signature of the attorney for the Commonwealth) (Date)

I, DARIL FOOSE
(Name of the Affiant)
(PSP/MPOETC -Assigned Affiant ID Number & Badge #)

of **City of Harrisburg, Bureau of Police**
(Identify Department or Agency Represented and Political Subdivision)
(Police Agency ORI Number)

do hereby state: (check appropriate box)

1. ☑ I accuse the above named defendant who lives at the address set forth above
☐ I accuse the defendant whose name is unknown to me but who is described as

☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe

with violating the penal laws of the Commonwealth of Pennsylvania at [ 301 ] (Subdivision Code) HARRISBURG (Place-Political Subdivision)

At S 15TH ST / SWATARA ST

In DAUPHIN County [ 22 ] (County Code) on or about Saturday, 12/14/2019 18:22 to 12/14/2019 19:09 (Offense Date)



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 12/14/2019 | OTN/LiveScan Number | Complaint/Incident Number 19-1214-033-002 |
|---|---|---|---|
| Defendant Name | First: TERELLE | Middle: L | Last: THOMAS |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa. C.S.§4904) relating to unsworn falsification to authorities.

4. This complaint consists of the preceding page(s), numbered 1 through 6.

5. I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

12/14 (Date) 19 (Year) — [signature] #33 (Signature of Affiant)

AND NOW, on this date ______ ____________ I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

SEAL

12-2-05
(Magisterial District Court Number)

(Issuing Authority)

12/14/2019 19:41 (FAX) P.003/008



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 12/14/2019 | OTN/LiveScan Number | Complaint/Incident Number 19-1214-033-002 |
|---|---|---|---|
| Defendant Name | First: TERELLE | Middle: L | Last: THOMAS |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.

**(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated.)**

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | 1 | 780 | 113-A30 | | Title 35 | 1 | F | | 18A |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
CSDDCA-MAN/DEL/POSS W INT TO DEL SUB, BEING UNREG

Acts of the accused associated with this Offense:

## WARRANT

CSDDCA, SECTION 780-113A30 POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE, In that on (12/14/19) the above named actor did except as authorized by this act, possess with intent to deliver a controlled substance, (Cocaine, Schedule 1), by a person not registered under this act, being a Felony.
TOWIT: The defendant was found in possession of crack cocaine inside of his mouth and where he was seated inside of a vehicle.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 2 | 780 | 113-A31II | | Title 35 | 1 | M | | 18F |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
CSDDCA-POSS SM AMT MARIJUANA FOR DIST/NOT SALE

Acts of the accused associated with this Offense:

CSDDCA SECTION 780-113A31II, POSSESSION OF SMALL AMOUNT OF MARIJUANA WITH INTENT TO DISTRIBUTE, In that on (12/14/19) the above named actor did possess a small amount of marijuana with the intent to distribute it but not to sell it, being a misdemeanor.
TOWIT: The defendant was found in possession of a small amount of marijuana inside of a clear plastic baggie.



# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 12/14/2019 | OTN/LiveScan Number | Complaint/Incident Number 19-1214-033-002 |
|---|---|---|---|

| Defendant Name | First: TERELLE | Middle: L | Last: THOMAS |
|---|---|---|---|

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 3 | 780 | 113-A32 | | Title 35 | 1 | M | | 26 |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
CSDDCA-USE/POSS W INT USE DRUG PARAPHERNALIA

Acts of the accused associated with this Offense:

CSDDCA SECTION 780-113A32, POSSESSION OF DRUG PARAPHERNALIA, In that on (12/14/19) the above named actor did possess with the intent to use drug paraphernalia for the purpose of planting, propagating, cultivating, growing, harvesting, manufacturing, compounding, converting, producing, processing, preparing, testing, analyzing, packing, repacking, storing, containing, concealing, injecting, ingesting, inhaling, or otherwise introducing into the human body a controlled substance in violation of this act (digital scale, clear plastic baggie), being a misdemeanor.
TOWIT: The defendant was found in possession of a digital scale with cocaine residue, a clear plastic baggie, as well as marijuana inside of a clear plastic baggie.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 | Number of Victims Age 60 or Older 0 |
|---|---|---|---|---|

| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | 4 | 4910 | 1 | | Title 18 | 1 | M2 | | 10 |

| PennDOT Data (if applicable) | Accident Number | | ☐ Interstate | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|---|

Statute Description (include the name of statute or ordinance):
TAMPER WITH OR FABRICATE PHYS EVID-ALTER/DESTROY

Acts of the accused associated with this Offense:

TOWIT: The defendant was observed consuming crack cocaine in order to conceal it from police.

*Please provide the following information for each co-defendant.*

# Co-Defendant Data Sheet

| Docket Number: | Date Filed: 12/14/2019 | OTN/LiveScan Number | Complaint/Incident Number 19-1214-033-002 |
|---|---|---|---|
| **Defendant Name** | First: TERELLE | Middle: L | Last: THOMAS |

# REQUEST FOR SUBPOENAS

COMMONWEALTH OF PENNSYLVANIA

VS.

DEFENDANT: NAME and ADDRESS

12/14/2019

TERELLE L THOMAS
323 S 18TH ST
HARRISBURG PA 17104

I request the following be subpoenaed in the above case:

PAUL J ZOZOS 12-2-05
City of Harrisburg, Bureau of Police
Asst. D.A. NOT Requested at Preliminary Hearing

DARIL FOOSE
(Complainant/Officer)

12/14/2019 19:43 (FAX) P.007/008

CONFIDENTIAL



# Confidential Information Form Criminal Complaint

**Complete the defendant's SSN information if known. If this form is submitted as part of a Police Criminal Complaint, the NCIC Cautions/Medical Conditions and Scars/Marks/Tattoos sections should also be completed if known.**

| Docket Number: | Date Filed: 12/14/2019 | OTN/LiveScan Number (LiveScan number preferred) | | Complaint/Incident Number 19-1214-033-002 |
|---|---|---|---|---|
| Defendant Name | First: TERELLE | Middle: L | Last: THOMAS | |

**NCIC Cautions and Medical Conditions** *(check up to 9)*

| | | | | |
|---|---|---|---|---|
| ☐ 00 | ☐ 20 | ☐ 50 | ☐ 70 | ☐ 01 |
| ☐ 05 | ☐ 25 | ☐ 55 | ☐ 80 | |
| ☐ 10 | ☐ 30 | ☐ 60 | ☐ 85 | |
| ☐ 15 | ☐ 40 | ☐ 65 | ☐ 90 | |

| Scars, Marks, Tattoos (NCIC Codes) | |
|---|---|

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Information Form shall accompany a filing where confidential information is required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter. This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian. This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Information Pertains to: | Confidential Information: | Reference in Filing: |
|---|---|---|
| TERELLE L THOMAS<br>(full name of adult)<br>OR<br>This information pertains to a minor with the initials of and the full name of<br>(full name of minor)<br>and date of birth: | Social Security Number (SSN): 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<br>Financial Account Number (FAN):<br>Driver's License Number (DLN): 28792614<br>State of Issuance (DLN): PA<br>Expires (DLN):<br>State Identification Number (SID): | Alternate Reference: SSN<br>Alternate Reference: FAN<br>Alternate Reference: DLN<br><br>Alternate Reference: SID |

Additional page(s) attached. 0 total pages are attached to this filing.

I certify that this filing complies with the provisions of the *Case Record Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently that non-confidential information and documents.

Signature of Attorney or Affiant [signature] Date 12/14/19

Name: D. Fox Attorney Number: (if applicable)

Address: Telephone:

Email:

***NOTE:*** **Parties and attorney of record in a case will have access to this Confidential Information Form. Confidentiality of this information must be maintained.**



CONFIDENTIAL

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: 12/14/2019 | OTN/LiveScan Number | Complaint/Incident Number 19-1214-033-002 |
|---|---|---|---|
| Defendant Name | First: TERELLE | Middle: L | Last: THOMAS |

## AFFIDAVIT of PROBABLE CAUSE

**WARRANT**

On view arrest..

I, DARIL FOOSE , BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.

#33

(Signature of Affiant)

Sworn to me and subscribed before me this ________ day of ________________ , ________________ .

____________ Date ______________________ , Magisterial District Judge

My commission expires first Monday of January.

SEAL

**EXHIBIT C**


Set Weather

Subscribe



Advertisement

Pennsylvania Real-Time News

# Harrisburg police took man who swallowed crack to jail but he 'should have received urgent medical care': mayor

Updated Jan 17, 2020; Posted Jan 17, 2020



Advertisement

Terelle L. Thomas, 31, died Dec. 17. His funeral services were scheduled for Christmas Eve.

1.5k shares

By Christine Vendel | cvendel@pennlive.com

A Harrisburg police officer took a man who was "observed swallowing crack cocaine" to jail last month instead of to a hospital, an apparent violation of department policy.

Terelle Thomas, 31, spent nearly an hour at the Dauphin County booking center before he collapsed. He was then taken to a hospital, where he died three days later.

An autopsy was performed, but the coroner is awaiting toxicology results before ruling on the death.

Advertisement

A police spokesman told PennLive last month that Thomas appeared to have something in his mouth during the traffic stop Dec. 14 at 15th and Swatara streets. Thomas had small amounts of crack cocaine on his shirt and clothing, police said.

When the officer asked Thomas asked if he had swallowed anything or needed to go to a hospital, he said "no" to both questions, the spokesman told PennLive.

PennLive obtained the criminal affidavit written by the officer to support a felony drug trafficking charge against Thomas, and it said Thomas "was found in possession of crack cocaine inside of his mouth and where he was seated inside the vehicle."

Further, the officer justified a misdemeanor tampering charge against Thomas by writing that he "was observed consuming crack cocaine in order to conceal it from police."

So if he was found in possession of crack inside his mouth and "observed consuming crack," why wasn't he taken to a hospital, as prescribed by department policy?

RECOMMENDED FOR YOU



Meet Pretty Asian Women In Philadelphia
Asian Date



Woman hit, killed by multiple cars on Pa. highway; none stopped, dragging...
Pennlive



Unsold Car Clearance Sale Going On In Philadelphia
New Cars | Sponsored Links



Pennsylvania Gov. Tom Wolf to order statewide shutdown over coronavirus
Pennlive



Are you on Medicare? If you live in Pennsylvania, Read This!
Quick Medigap



What if Pennsylvania residents are ordered to 'shelter-in-place?'
Pennlive

Promoted Links by Taboola

Advertisement

Advertisement

It is widely considered best practice to seek immediate medical treatment for people suspected of ingesting illegal drugs.

Harrisburg police declined to answer follow-up questions about why police would believe Thomas' denials about ingesting drugs when an officer apparently saw otherwise. County officials declined to answer specific questions about how Thomas was allowed to spend nearly an hour at the booking center and whether employees saw the paperwork to support his entry that said he consumed crack cocaine.

It was the fifth in-custody death connected to the Dauphin County jail in 2019.

"Because it's an active investigation, District Attorney Fran Chardo would be the most appropriate person to speak to at this time," said Amy Richards, the county spokeswoman, in response to questions.

Chardo told PennLive he was reviewing the incident for any possible criminal charges so he could not answer questions at this time.

Advertisement

Harrisburg Mayor Eric Papenfuse told PennLive it is

department policy to take someone to a hospital rather than the booking center if they have consumed illegal narcotics in a way that could jeopardize their health and welfare.

“The death is a tragedy and I feel very sorry for Mr. Thomas’ family,” Papenfuse said. “In retrospect, he should have received urgent medical care, and I deeply regret that he did not.”

Papenfuse said Thomas denied consuming drugs, and “given that denial, the officer exercised her best judgment as to how to proceed. She clearly felt there was enough evidence to seek charges but not enough to seek immediate medical attention. Those types of calls can be difficult but must be made by officers every day in Harrisburg.

“I am not going to second-guess their decisions or question whether their judgments were made in good faith,” he said. “We should, however, endeavor to learn from difficult experiences like these and strive to handle such situations differently in the future.”

Advertisement

Thomas’ sister told PennLive that they were seeking additional information on what happened to her brother. Thomas would have turned 32 last week.

“He had family and people who loved him,” she said in a phone call, declining to provide her name. “He had his diploma. He was very intelligent and he was working toward goals. That’s all anyone needs to know.”

Thomas had been paroled Aug. 19 from a 5- to 12-year prison sentence for illegal gun possession in Dauphin County. His maximum sentence would have expired on Oct. 31, 2025. He had three prior drug convictions.

Ryan Marino, an emergency room doctor and medical

toxicologist at Cleveland University Hospitals, said crack cocaine can be deadly to ingest, just like cocaine. Although people typically smoke crack to get high, he said it can get into a person's system through swallowing.

"The way he collapsed, it definitely sounds like drug toxicity, not alcohol or benzos or opioids," he said. "One hour would be enough time for the effects to be noticeable...that does fit the window for toxicity."

Advertisement

Some drug couriers carry drugs inside their bodies, but they usually try to package the drugs securely in advance to avoid leakages. But that's not the case for people who swallow drugs during a traffic stop or while running from police, Marino said.

"They're usually not secured at all," he said. "There is usually less of an amount, but it is less secure."

Cocaine can have many harmful effects on a body, Marino said.

"In a big ingestion, you can see increased blood pressure, bleeding in the brain and brain death, bleeding in internal organs, organs can die, coronary arteries can clamp down, there can be increased clotting," he said. "There are a lot of different scenarios. It can wreak havoc on all parts of someone's body."

In Thomas' case, once it was determined he could not survive his injuries, his body was kept alive so he could donate his organs. Marino said cocaine eventually leaves the body and unaffected organs could be donated.

The previous in-custody deaths in Dauphin County last year were:

Advertisement

- Maliaka Evans, 53, who died Feb. 2, 2019 of natural causes, which prison officials described as a pulmonary embolism.
- Emily E. Endrizzi, 39, who died March 11, 2019 of suicide.
- James Macaulay, 45, who died March 21, 2019 of suicide.
- Ty'rique Riley, 21, who died July 1, 2019, from an illness he had prior to his arrest. The coroner ruled the death "natural" from: cerebral vasculitis/encephalitis, thromboemboli and rhabdomyolysis. The vasculitis to the brain was consistent with cocaine usage or infection, according to officials.

**READ**: Half of last year's killings in Harrisburg went unsolved

**Note to readers: if you purchase something through one of our affiliate links we may earn a commission.**

## Around the web




Registration on or use of this site constitutes acceptance of our **User Agreement**, **Privacy Policy and Cookie Statement**, and **Your California Privacy Rights** (each updated 1/1/20).

© 2020 Advance Local Media LLC. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

**Community Rules** apply to all content you upload or otherwise submit to this site.

**Ad Choices**