**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERELLE THOMAS, <u>et</u> <u>al.</u>,** | : | |
| **Plaintiffs** | : | **No. 1:20-cv-01178** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **OFFICER DARIL FOOSE, <u>et</u> <u>al.</u>,** | : | |
| **Defendants** | : | |

**<u>ORDER</u>**

**AND NOW**, on this 30th day of April 2026, **IT IS ORDERED THAT** the above-captioned

action is referred to Chief Magistrate Judge Bloom for assignment to a Magistrate Judge of this Court

to conduct a mediation/settlement conference.

<u>  s/ Yvette Kane                </u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania