**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERELLE THOMAS, <u>et</u> <u>al.</u>,** | : | |
| **Plaintiffs** | : | **No. 1:20-cv-01178** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **OFFICER DARIL FOOSE, <u>et</u> <u>al.</u>,** | : | |
| **Defendants** | : | |

<u>**ORDER**</u>

**AND NOW**, on this 30th day of April 2026, **IT IS ORDERED THAT** a post-mediation

status call will be held on June 30, 2026 @ 1:30 p.m. before Judge Kane.  Plaintiff's counsel shall

initiate the call.  The telephone number for purposes of the call is 717-221-3990.


<u>   s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania